[No. 73847-0-I. Division One. May 30, 2017.]

VICTOR TERENCE WASHINGTON, *Appellant*, v. GROUP HEALTH COOPERATIVE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-19841-0, Jean A. Rietschel, J., entered July 1, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Verellen, C.J., and Mann, J.

[No. 74928-5-I. Division One. May 30, 2017.]

AIR SERV CORPORATION, *Respondent*, v. FLIGHT SERVICES & SYSTEMS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-01364-1, Julie A. Spector, J., entered March 1, 2016. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Appelwick and Trickey, JJ.

[No. 75227-8-I. Division One. May 30, 2017.]

GADDIS EVENTS, INC., *Appellant*, v. SHAUNA WU, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-26643-8, Palmer Robinson, J., entered November 23, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Verellen, C.J., and Mann, J.

[No. 75365-7-I. Division One. May 30, 2017.]

DOUGLAS S. TINGVALL ET AL., *Appellants*, v. U.S. BANK NATIONAL ASSOCIATION, *as Successor Trustee*, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-06402-9, Andrea A. Darvas, J., entered May 13, 2016. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Appelwick and Leach, JJ.